JOSEPH CALDRELLO ET AL. *v.* CITY OF NEW
LONDON ET AL.
(AC 21609)

Foti, Schaller and Hennessy, Js.

Argued April 29—officially released May 28, 2002

Per Curiam. The judgment is affirmed.

DEAN CERUTTI *v.* ISS CLEANING
SERVICES GROUP, INC.
(AC 21747)

Lavery, C. J., and Flynn and Cretella, Js.

Argued April 29—officially released May 28, 2002

Per Curiam. The judgment is affirmed.

JOHN HANSEN *v.* COMMISSIONER OF CORRECTION
(AC 22040)

Foti, Dranginis and Flynn, Js.

Submitted on briefs April 26—officially released May 28, 2002

Per Curiam. The denial of the petitioner's petition for certification to appeal was not an abuse of discretion.

The appeal is dismissed.